FILED

12/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0514

IN THE SUPREME COURT OF THE STATE OF MONTANA

**Supreme Court No. DA 20-0514**

_____

PAUL WILKIE,

    Plaintiff/Appellant,

    v.

HARTFORD UNDERWRITERS INSURANCE COMPANY, a/k/a/ THE HARTFORD;
RICHARD L SPROUT; and SHAUNA SPROUT,

    Defendants/Appellees.

_____

On Appeal from the Eighteenth Judicial District Court, Gallatin County,
Cause No. DV-20-367B, Hon. Rienne H. McElyea

_____

**Grant of Unopposed Motion for Extension of Time**

_____

Pursuant to authority granted under Rule 26, M.R.App.P., Appellant's

*Unopposed Motion for Extension of Time* is granted and Appellant may file and

serve his opening brief in this matter on or before February 3, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 2 2020